

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-81,177-01

### EX PARTE LUCAS RURIC COE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1227878-A IN THE 232ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. NEWELL, J., not participating.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Coe v. State*, No. 14-10-00929-CR (Tex. App.—Houston [14th Dist.] May 24, 2012) (not designated for publication).

Applicant contends, among other things, that trial counsel rendered ineffective assistance. On April 16, 2014, we dismissed this application because it did not comply with the Rules of Appellate Procedure. TEX. R. APP. P. 73.1. Before we dismissed it, Applicant filed an amended

application in Harris County that complied with the Rules of Appellate Procedure. We now reconsider that dismissal on our own motion and deny this application. After reviewing the record, we conclude that Applicant has not shown that there is a reasonable probability that the result would have been different. *Strickland v. Washington*, 466 U.S. 668, 694 (1984). Relief is denied.

Filed: January 14, 2015
Do not publish